| | |
|---|---|
| JOSEPH LOPEZ, JOSHUA SARRIS, CODY DANTE, and SHANE PECK<br><br>Plaintiffs,<br><br>v.<br><br>BOOZ ALLEN HAMILTON and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01310 JAM JDP<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE FOR FILING OF DISPOSITIONAL DOCUMENTS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Court, having considered the parties' request for a continuance of the deadline for filing dispositional documents (ECF No. 26), hereby grants a continuance through and until July 19, 2021.

**IT IS SO ORDERED.**

DATED: June 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

DATED: June 24, 2021

SEYFARTH SHAW LLP

By: */s/ Diana Tabacopoulos*
Diana Tabacopoulos
Michael Kopp
Tiffany Tran Madison

Attorneys for Defendant
BOOZ ALLEN HAMILTON INC.

DATED: June 24, 2021

LAW OFFICES OF WILLIAM F. WRIGHT

By: */s/ William F. Wright*
William F. Wright

Attorney for Plaintiffs
JOSEPH LOPEZ, JOSHUA SARRIS, CODY DANTE AND SHANE PECK

Pursuant to Local Rule 131(e), counsel for Plaintiffs has authorized submission of this document on his behalf.