1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOPEZ, JOSHUA SARRIS, CODY DANTE, and SHANE PECK<br><br>Plaintiffs,<br><br>v.<br><br>BOOZ ALLEN HAMILTON and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01310 JAM JDP<br><br>**ORDER GRANTING SECOND REQUEST FOR CONTINUANCE FOR FILING OF DISPOSITIONAL DOCUMENTS** |

The Court, having considered the parties' second request for a continuance of the deadline for filing dispositional documents (ECF No. 29), hereby grants a continuance through and until July 29, 2021.

**IT IS SO ORDERED.**

DATED: July 20, 2021                /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

DATED: July 19, 2021                SEYFARTH SHAW LLP


                                    By:   */s/ Diana Tabacopoulos*
                                          Diana Tabacopoulos
                                          Michael Kopp
                                          Tiffany Tran Madison

                                    Attorneys for Defendant
                                    BOOZ ALLEN HAMILTON INC.

DATED: July 19, 2021                LAW OFFICES OF WILLIAM F. WRIGHT


                                    By:   */s/ William F. Wright*
                                          William F. Wright

                                    Attorney for Plaintiffs
                                    JOSEPH LOPEZ, JOSHUA SARRIS, CODY DANTE AND SHANE PECK

Pursuant to Local Rule 131(e), counsel for Plaintiffs has authorized submission of this document on his behalf.